DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 18 2017

TONY R. MOORE, CLERK
BY: _____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BRANCE SONNIER, ET AL. | CIVIL ACTION NO. 6:16-cv-00621 |
| VERSUS | JUDGE DRELL |
| LOUIS M. ACKAL, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendants' motion for summary judgment (Rec. Doc. 23) is GRANTED with regard to the plaintiffs' substantive due process claim (if any) and DENIED in all other respects, consistent with the report and recommendation.

Signed at Alexandria, Louisiana, this 17 day of July, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT